IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-00083-01-CR-W-HFS |
| ) | |
| KAWAN R. CLARK, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO REQUEST WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, by the undersigned Assistant United States Attorney, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Kawan R. Clark, Inmate #1034557, is currently incarcerated at the Western Missouri Correctional Center, 609 East Pence Road, Cameron, Missouri 64429.

Respectfully submitted,

Todd P. Graves
United States Attorney

By: /s/Bruce E.Clark
Bruce E. Clark, #31443
Assistant United States Attorney
Organized Crime Strike Force Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-2771

sgs