IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>KAWAN R. CLARK, )<br> )<br>    Defendant. ) | No. 05-00083-01-CR-W-HFS |

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon application of the United States Attorney and Assistant United States Attorney Bruce E. Clark, for the Western District of Missouri, the clerk is hereby ordered to issue a writ of habeas corpus ad prosequendum directed to the <u>Western Missouri Correctional Center, 609 East Pence Road, Cameron, Missouri 64429</u>, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one <u>Kawan R. Clark, Inmate #1034557</u>, now confined at the <u>Western Missouri Correctional Center, 609 Pence Road, Cameron, Missouri 64429</u>, in the custody of the warden or the person there in charge, before the

  [X]  United States Magistrate

  [ ]  United States District Court

  [ ]  United States Grand Jury

at Kansas City, Missouri,

  [X]  forthwith,

or at any time thereafter as the Court may direct so that said person may appear in accordance with law in the above-entitled cause; and after said person shall have so appeared to return said person to the aforementioned custody as may be directed by this Court.

Dated this 13th day of January, 2006.

/s/ SARAH W. HAYS
HONORABLE SARAH W. HAYS
United States Magistrate Judge
Western District of Missouri