IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-00083-01-CR-W-HFS |
| ) | |
| KAWAN R. CLARK, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its undersigned counsel, and moves this Court for a continuance of the Detention Hearings for Kawan R. Clark, pursuant to 18 U.S.C. § 3142(f). A continuance of three days is requested.

Respectfully submitted,

Todd P. Graves
United States Attorney

By: /s/Paul S. Becker
Paul S. Becker
Assistant United States Attorney
Chief, Organized Crime Strike Force Unit

/s/Bruce E. Clark
Bruce E. Clark, #31443
Assistant United States Attorney
Organized Crime Strike Force Unit
Charles Evans Whittaker Courthouse
United States Attorney's Office
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-2771

sgs

CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that a copy of the foregoing document will be hand-delivered to the defendant at his first appearance before a judicial.

    /s/Bruce E. Clark
Bruce E. Clark, #31443
Assistant United States Attorney
Organized Crime Strike Force Unit

2