IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 05-00083-01-CR-W-HFS

KAWAN R. CLARK

AUSA: Bruce Clark
Defense Atty.: No counsel present

| Judge | Sarah W. Hays<br>United States Magistrate Judge | Date and Time | February 8, 2006<br>10:45 to 11:00 a.m. |
|---|---|---|---|
| Deputy Clerk | Bonnie J. Rowland | Tape/Reporter | #3 wk of 2-6-06 bjr |
| Interpreter | None | Pretrial/Prob: | Van Hecke |

## CLERK'S MINUTES

### INITIAL APPEARANCE INDICTMENT

( x ) <u>Custody Assumed</u>     (  ) Voluntarily Surrendered

    Date: Wednesday, February 8, 2006

    Place: Kansas City, MO

Defendant advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

( x ) Arraignment set for Thursday, February 16, 2006 @ 10:30 a.m.

<u>BAIL</u>

( x ) Defendant here on a writ and is not eligible for bond at this time. Defendant remanded to the custody of the U.S. Marshal

COUNSEL

( x )  On February 8, 2006, defendant sworn and examined as to his/her financial ability to employ counsel.  Information recorded on Affidavit of Financial Status.

    ( x )   Federal Public Defender appointed.