IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                Case No. 05-00083-01-CR-W-HFS

KAWAN R. CLARK,

          Defendant.

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

      The above-named defendant, having appeared before the Court on February 8, 2006 and having testified under oath and made an affidavit as to his/her financial ability to employ counsel, the Court finds that the defendant is financially unable to obtain counsel and defendant not having waived counsel, it is

      ORDERED that Raymond C. Conrad, Jr., Federal Public Defender, and David L. Owen, Jr., Larry Pace, Laine T. Cardarella, Anita Burns, Steve Moss, Travis Poindexter and Robert Kuchar, Assistant Federal Public Defenders, Scarritt Building, Suite 300, 818 Grand Avenue, Kansas City, Missouri 64106, telephone number (816) 471-8282; Nancy R. Price, David R. Mercer, Ann Koszuth and Michelle Nahon, Assistant Federal Public Defenders, 901 St. Louis Street, Suite 801, Springfield, Missouri 65806, telephone number (417) 873-9022 and Troy Stabenow, Assistant Federal Public Defender, 221 Bolivar Street, Suite 104, Jefferson City, MO 65101, telephone number (573) 636-8747, be, and they are hereby appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                              /s/ Sarah W. Hays
                                              SARAH W. HAYS
                                              United States Magistrate Judge

Kansas City, Missouri
February 8, 2006