IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                     Case No.   05-00083-01-CR-W-HFS

KAWAN R. CLARK

AUSA: Bruce E. Clark
Defense Atty.: Travis Poindexter

| Judge | **Sarah W. Hays** United States Magistrate Judge | Date and Time | **February 16, 2006** 10:30 / 10:40 am |
|---|---|---|---|
| Deputy Clerk | JoRita Gicinto | Tape/Reporter | # 1 JoRita Gicinto |
| Interpreter | None | Pretrial/Prob: | |

## CLERK'S MINUTES

### ARRAIGNMENT

( x )    Defendant charged in counts 1 of a One Count indictment
(   )    Defendant waived reading of the indictment.
( x )    The count(s) of the indictment applicable to the defendant was read to the defendant.
( x )    Defendant was informed of the maximum punishment for each applicable count of the indictment.
( x )    Defendant entered a plea of not guilty to each count of the indictment applicable to him/her.

### ORDERS

( x )    Defendant ordered committed back to custody of U.S. Marshal.
(   )    Defendant ordered released on a continuing bail bond.
( x )    Case ordered set for trial on the joint criminal jury trial docket which commences
           March 20, 2006

**( x )    Scheduling conference set on** Thursday, March 2, 2006 at 11:30 a.m.