IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 05-00083-01-CR-W-HFS

KAWAN R. CLARK

AUSA: Bruce E. Clark
Defense Atty.: Travis Poindexter

| Judge | **Sarah W. Hays** United States Magistrate Judge | Date and Time | **March 2, 2006** 11:40-11:45 a.m. |
|---|---|---|---|
| Deputy Clerk | Dorothy Myers | Tape/Reporter | #2, dm |
| Interpreter | None | Pretrial/Prob: | |

# Clerk's Minutes

SCHEDULING CONFERENCE

**REMARKS:** Government counsel present in person; defendant present in custody with counsel. Defense counsel gives further explanation as to why continuance of trial from the March 20, 2006 trial docket is necessary. There being no objection from government counsel or defendant, trial is continued until the criminal trial docket set to commence on April 24, 2006. Discovery issues discussed. Defendant is given up to and including March 15, 2006 to file pretrial motions; government responses due within twelve days from the filing of the pretrial motion(s). If pretrial motions hearing is needed, counsel are to contact chambers for a setting when motion is filed. Defendant returned to the custody of the U.S. Marshal. Written Trial/Scheduling order to be issued.