IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.           Case No.   05-00083-01-CR-W-HFS

KAWAN R. CLARK

AUSA: David Barnes
Defense Atty.: Travis Poindexter

| JUDGE | **Sarah W. Hays** United States Magistrate Judge | DATE AND TIME | **March 17, 2006** 10:00 / 10:15 am |
|---|---|---|---|
| DEPUTY CLERK | JoRita Gicinto | TAPE/REPORTER | #1 JoRita Gicinto |
| INTERPRETER | None | PRETRIAL/PROB: | Emil "Van" Hecke |

## CLERK'S MINUTES

### DETENTION HEARING

DETENTION HEARING: Parties appear in person and with counsel ready to proceed on government's motion for pretrial detention.

( x )   Parties stipulate to factual contents of Pretrial Services Report as being the direct testimony of Pretrial Services Officer .
      ( )   With exception(s) _____.
( )   Government presents evidence and calls witness(es) _____.
( )   Defendant presents evidence and calls witness(es) _____.
( x )   Neither party presents evidence.
( x )   Arguments presented.
( )   Defendant makes a proffer.
( )   Court takes judicial notice of the statutory presumption against release.
( )   Other:_____.

Based upon the information presented, the Court grants government's motion to detain and finds the following:

( x )   The Court found reason to believe that no condition or combination of conditions of release would reasonably assure:

- ( x )   The appearance of the defendant
- ( x )   The safety of any other person or persons and the community. Defendant ordered DETAINED without bail.
- ( x )   Written Detention Order to be forthcoming.

(  )   The Court made a finding that the defendant should be released from detention.

- (  )   Defendant released on a personal recognizance bond.
- (  )   Defendant released on a $_____ unsecured surety bond.
- (  )   Defendant released on a $_____ cash or security bond.
- (  )   Defendant remanded to the custody of the U.S. Marshal until conditions are met