IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In Re: Criminal Trial Docket
**April 24, 2006**

## ORDER SETTING PRETRIAL CONFERENCES

### I. PRETRIAL CONFERENCES

The following criminal actions are set for pretrial conferences before United States Magistrate Judge Sarah W. Hays on **Tuesday, April 4, 2006,** commencing at the times shown below. The conferences will be held in Courtroom 6E, United States Courthouse, 400 E. 9th Street, Kansas City, Missouri. Each defendant is required to be present at his or her conference along with the attorneys who will try the case.

**A. Schedule Of Pretrial Conferences**

**Tuesday, April 4, 2006**

| | | |
|---|---|---|
| 05-00422-01-CR-W-DW | United States | Matthew Wolesky |
| 9:00a | v. | |
| **CUSTODY** | Dewayne Jones | Kenton Hall |
| | | |
| 05-00433-01-CR-W-DW | United States | Joseph Marquez |
| 9:20a | v. | |
| **CUSTODY** | Valerie A. Hill | Larry Pace |
| | | |
| 05-00404-01-CR-W-DW | United States | Stefan Hughes |
| 9:40a | v. | |
| **CUSTODY** | Brian L. Starr | Stephen Moss |

| Case Number | Time/Status | Party | Defendant | Attorney |
|---|---|---|---|---|
| 05-00421-01-CR-W-HFS | 10:00a **CUSTODY** | United States v. | Patrick W. Willis | Kathleen Mahoney / Kenton Hall |
| 05-00375-01-CR-W-FJG | 10:20a **BOND** | United States v. | Jason Williams | Matthew Wolesky / Laine Cardarella |
| 05-00207-01-CR-W-DW | 10:40a **CUSTODY** | United States v. | Joseph Grooms | Rudolph Rhodes / Carl Cornwell |
| 06-00001-01-CR-W-ODS | 11:00a **BOND** | United States v. | Wesley A. Bass | Paul Becker / Anita Burns |
| 05-00411-01-CR-W-SOW | 11:20a **CUSTODY** | United States v. | Mondrae J. Fue | Jane Brown / Anita Burns |
| 06-00013-01-CR-W-ODS | 11:40a **CUSTODY** **Interpreter needed(stand-by only)** | United States v. | Erik Sifuentez-Aguilar | David Barnes / Steve Moss |
| 05-00083-01-CR-W-HFS | 12:00p **CUSTODY** | United States v. | Kawan R. Clark | Bruce Clark / Travis Poindexter |

| | | |
|---|---|---|
| 05-00285-01-CR-W-ODS | United States | Christine Tabor |
| 12:20p | v. | |
| **CUSTODY** | Jeremy Lara | Mark Sachse |
| | | |
| 05-00439-01-CR-W-ODS | United States | David DeTar Newbert |
| 12:40p | v. | |
| **CUSTODY** | Damien Carter | Dan Ross/ Ray Sousley |

### B. Agenda For Pretrial Conferences

Counsel are instructed to be prepared to discuss the following issues at the pretrial conferences:

1. Anticipated questions of admissibility of evidence;

2. Any other questions of law on which the parties desire pretrial rulings;

3. Facts or circumstances requiring a larger than normal jury panel (more than 45);

4. Pending motions;

5. Estimated trial time;

6. Discovery problems;

7. Possible stipulations **(counsel should have proposed stipulations available for review and signature by the parties at the conference);**

8. Number of exhibits to be offered at trial**;**

9. Number of witnesses to be called at trial**;**

10. Changes of plea or dismissal of charges.

Unless given a special setting, each of these cases is set for trial on the joint criminal jury trial docket commencing **April 24, 2006.**

### C. **Pleas**

Regarding possible changes of plea, it is

ORDERED that counsel for a defendant who intends to change his/her plea from "not guilty" to "guilty" or "nolo contendere" shall immediately call the Courtroom Deputy of the assigned District Judge at the telephone numbers listed below so that a change of plea hearing can be set before the District Judge. Counsel shall then immediately notify the chambers of the undersigned at 816-512-5775 of the date of the scheduled change of plea. **THE DEFENDANT WILL NOT BE REMOVED FROM THE PRETRIAL CONFERENCE DOCKET UNLESS THE UNDERSIGNED'S CHAMBERS IS NOTIFIED BY COUNSEL.** It is further

**ORDERED that unless a change of plea hearing is set before a district judge, parties will attend the scheduled pretrial conference.**

                                                /s/ *SARAH W. HAYS*
                                                SARAH W. HAYS
                                                United States Magistrate Judge

| **DISTRICT JUDGE** | **COURTROOM DEPUTY** | **PHONE** |
|---|---|---|
| Dean Whipple | Yvonne Johnson | 816-512-5629 |
| Fernando J. Gaitan, Jr. | Rhonda Enss | 816-512-5644 |
| Ortrie D. Smith | Eva Will-Fees | 816-512-5659 |
| Gary A. Fenner | Tracy Diefenbach | 816-512-5674 |
| Nanette K. Laughrey | Renea Kanies | 816-512-5689 |
| Scott O. Wright | Kelly McIlvain | 816-512-5744 |
| Howard F. Sachs | Tina Duer | 816-512-5614 |