IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-00083-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date: April 19, 2006 |
| Kawan R. Clark, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City
=====================================================================
Nature of Proceeding: Change of Plea

Time Commenced: 9:30 a.m.          Time Terminated: 9:55 a.m.

Plaintiff by: Bruce E. Clark, AUSA      Defendant by: Travis Poindexter, AFPD

Comments: All parties appear. Defendant desires to withdraw plea of not guilty and enter plea of guilty to Count 1 of the Indictment. Court summarizes nature of charges, maximum punishment under the law, procedural rights and rights to trial by jury. Factual basis for entering plea discussed by Court. No plea agreement proposed to the Court. Defendant pleads guilty to charge. Government summarizes facts alleged. Defendant sworn. Defendant found competent to plead. Factual basis established. Guilty plea accepted by Court as being entered freely and voluntarily. PSI ordered. Defendant remanded to custody.

Court Reporter: John Bowen          CRD: Tina Duer