IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-00083-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date: September 15, 2006 |
| Kawan R. Clark, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Howard D. Sachs presiding at Kansas City, Missouri.
================================================================

Nature of Proceeding: Sentence

Time Commenced: 11:30 a.m.          Time Terminated: 11:50 a.m.

Plaintiff by: Bruce E. Clark, AUSA          Defendant by: Travis Poindexter, AFPD

Comments: All parties appear. Presentence investigation report discussed. Dft. granted allocution. SENTENCE: Dft. committed to the custody of the Bureau of Prisons for 34 months on Count 1 of the Indictment. Court recommends Leavenworth Camp or Springfield Medical Center for place of confinement. Special assessment of $100.00 is imposed, which shall be due immediately. Since the Court finds that the dft. does not have the ability to pay a fine, the fine is waived. Upon release from confinement, dft. shall be placed on supervised release for three (3) years. While on supervised release, the dft. shall comply with the standard conditions that have been adopted by this Court. In addition, the dft. shall comply with the following special conditions: 1. Successfully participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office, and pay any associated costs as directed by the Probation Office. 2. Submit his person, residence, office or vehicle to a search conducted by a United States Probation Officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The dft. shall warn any other residents that the premises may be subject to searches pursuant to this condition. 3. Satisfy any warrants/pending charge within the first 90 days of supervised release. Dft. advised of right to appeal. Dft. remanded to custody.


Court Reporter: Kathy Sellin          Tina Duer, CRD