UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) |
| KAWAN R. CLARK, | ) Case No. 05-00083-01-CR-W-HFS |
| | ) |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of November 2, 2009, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Kawan R. Clark:

**The defendant successfully participate in a program of home detention for 60 days which may include electronic monitoring, with the costs to be paid as directed by the Probation Office.**

/s/ Howard F. Sachs
HOWARD F. SACHS
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this   4th   day of   November  , 2009.