UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) |
| KAWAN R. CLARK, | ) Case No. 05-00083-01-CR-W-HFS |
| | ) |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of May 10, 2010, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Kawan R. Clark:

**The defendant shall comply with the Western District of Missouri Offender Employment Guideline which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.**

**The defendant shall reside in and satisfactorily participate in the prerelease component of a residential re-entry center program, until discharged by the center director after consultation with the Probation Officer, for a period not to exceed 120 days.**

/s/ Howard F. Sachs
_____
HOWARD F. SACHS
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this _12th_ day of _May_, 2010.